11203.   JACKSON *et al. v.* HUNTER.

STEPHENS, J.   According to the answer of the Supreme Court to a certi-
fied question in this case (150 *Ga.* 789, 105 S. E. 304), it was error to
dismiss the affidavit of illegality.
            *Judgment reversed.   Jenkins, P. J., and Hill, J., concur.*
                    DECIDED JANUARY 20, 1921.

Affidavit of illegality; from Effingham superior court — Judge Lovett.    November 20, 1919.

*Seabrook & Kennedy,* for plaintiffs in error.

*D. H. Clark,* contra.